377 A.2d 1003

Swift et al. v. Arno Corporation, Appellant, et al.

Argued June 15, 1977. Robert P. Weiner, with him Herbert Somerson, for appellant; James F. Proud, with him Gibbons, Buckley & Smith, for appellee.

Order affirmed.